IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50274
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTIN EDWARD JACKSON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-99-CR-264-7-SS
--------------------
December 13, 2000

Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Martin Edward Jackson appeals from the judgment imposed by the district court after he pleaded guilty to one count of conspiracy and three counts of possession with intent to distribute. He contends that he received ineffective assistance when counsel (i) allowed him to sign a plea agreement containing a waiver-of-appeal provision and (ii) withdrew one sentencing objection and failed to provide evidence regarding that and another objection. We decline to reach these arguments on direct appeal. See United States v. Kizzee, 150 F.3d 497, 503 (5th Cir.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1998).  Thus, we affirm without prejudice to Jackson's right to raise these issues in a 28 U.S.C. § 2255 motion.

AFFIRMED.